

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00367-CV

SAMIR IQBAL                                                        APPELLANT

V.

IMRANA AZIZ                                                         APPELLEE

------------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 324-596567-16

AND

### NO. 02-17-00390-CV

IN RE SAMIR IQBAL                                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 324-596567-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]See Tex. R. App. P. 47.4.

We have considered "Appellant's Motion to Dismiss Appeal" and "Relator's Motion to Dismiss Original Proceeding."  It is the court's opinion that the motions should be granted; therefore, we dismiss the appeal and the original proceeding. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f), 52.8(d).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; SUDDERTH, C.J.; and KERR, J.

DELIVERED:  December 14, 2017